# EXHIBIT 1

## AD HOC ARBITRATION AGREEMENT

The Plurinational State of Bolivia ("Bolivia"), represented by the Minister of Legal Defense of the State, Dr. María Cecilia Rocabado Tubert, and E.T.I. Eurotelecom International N.V. ("ETI"), represented by its managing director, Francesco Saverio Lobianco, hereby enter this *Ad Hoc* Arbitration Agreement on 16 October 2009 in conformity with the following terms:

I. Rules of Arbitration

The *Ad Hoc* Arbitration shall be governed by the Arbitration Rules of the United Nations Commission on International Trade Law ("the UNCITRAL Rules") adopted on April 29, 1976, as amended, except insofar as ETI and Bolivia might otherwise agree in this *Ad Hoc* Arbitration Agreement, or in any other written instrument.

II. Statement of Claim

The Statement of Claim served by ETI on Bolivia on 13 October 2009 shall constitute ETI's Statement of Claim pursuant to Article 18 of the UNCITRAL Rules.

III. Statement of Defense

A Statement of Defense in conformity with Article 19 of the UNCITRAL Rules shall be filed by Bolivia no later than 60 days after constitution of the Arbitral Tribunal.

IV. Written Pleadings

The written pleadings shall consist of: a Memorial to be filed by ETI no later than 90 days after the filing of Bolivia's Statement of Defense; a Counter-Memorial to be filed by Bolivia no later than 90 days after the filing of ETI's Memorial; a Reply to be filed by ETI no later than 45 days after the filing of Bolivia's Counter-Memorial; and a Rejoinder to be filed by Bolivia no later than 45 days after the filing of ETI's Reply.

V. Oral Hearings

Oral hearings shall be held at the earliest opportune time following the filing of Bolivia's Rejoinder in accordance with the availability of the parties and the arbitrators.

VI. Languages

The languages of the *ad hoc* arbitration are English and Spanish. ETI and Bolivia may present their written and oral pleadings in either language.

V. Seat

1

176

The seat of the arbitration shall be Washington, D.C. All hearings on substantive matters will be held there.

    VI.    *Ad Hoc* Arbitration Tribunal

The *ad hoc* arbitration tribunal shall consist of: Judge Bruno Simma, President; Professor Francisco Orrego Vicuña, Member; and Professor Philippe Sands, Member.

    VII.    Entry into Force

This *Ad Hoc* Arbitration Agreement shall enter into force immediately upon the acceptance of appointment as arbitrators by Judge Bruno Simma, and Professors Francisco Orrego Vicuña and Philippe Sands.

FOR ETI:

_____
Francesco Saverio Lobianco
Managing director

FOR BOLIVIA:

_____
Dr. María Cecilia Rocabado Tubert
Minister of Legal Defense of the State