# EXHIBIT 2

## SUPPLEMENT TO *AD HOC* ARBITRATION AGREEMENT

The Plurinational State of Bolivia ("Bolivia"), represented by the Minister of Legal Defense of the State, Dr. María Cecilia Rocabado Tubert, and E.T.I. Eurotelecom International N.V. ("ETI"), represented by C. Ferdinando Emanuele, hereby enter this Supplement to *Ad Hoc* Arbitration Agreement on 20 October 2009 in conformity with the following terms:

I.   Incorporation of the *Ad Hoc* Arbitration Agreement of 16 October 2009

This Supplement to *Ad Hoc* Arbitration Agreement incorporates and supplements the terms and conditions of the *Ad Hoc* Arbitration Agreement executed by the parties on 16 October 2009, and those of the joint letter of their counsel of the same date, except as may be modified herein.

II.  Administrative Services

Without prejudice to the UNCITRAL Rules, the Permanent Court of Arbitration ("PCA") shall administer the arbitral proceedings and will provide registry services and administrative support. If possible, Ms. Eloise Obadia shall be retained by the PCA or the *Ad Hoc* Arbitration Tribunal to serve as secretary of the tribunal.

III. Fees of the Arbitrators

The fees of the arbitrators shall remain unchanged from what they have been during 2009.

IV.  Languages of Arbitral Orders, Decisions and Awards

All arbitral orders, decisions and awards shall be rendered in both Spanish and English.

V.   Production of Documents

Article 3 of the International Bar Association's *Rules on the Taking of Evidence* shall be followed as guidelines, provided that the requesting party identifies the documents requested as specifically and as narrowly as may be reasonable under the circumstances.

VI.  Applicable Law

The *Ad Hoc* Arbitration Tribunal shall apply the UNICITRAL Rules, the provisions of this agreement, the law of Bolivia, the Agreement on encouragement and reciprocal protection of investments between the Kingdom of the Netherlands and the Republic of Bolivia, and rules of international law.

VII. Written Pleadings

The filing dates for Bolivia's Statement of Defense and subsequent written pleadings are: Statement of Defense, 21 December 2009; ETI's Memorial, 22 March 2010; Bolivia's Counter-Memorial, 21 June 2010; ETI's Reply, 5 August 2010; Bolivia's Rejoinder, 20 September 2010.

VIII.  Requested Dates for Oral Hearings and Final Arbitral Award

It is requested that the oral hearing on the merits be scheduled for the earliest dates after 20 October 2010, and if possible before 5 November 2010, that are convenient for the *Ad Hoc* Arbitration Tribunal and the parties, and that the final arbitral award be rendered by 31 December 2010.

IX.  Costs of ICSID Proceedings

Each party shall have the right to present an application for costs, including attorney fees and expenses, incurred in the ICSID proceedings up to the termination of those proceedings, and the parties hereby endow the *Ad Hoc* Arbitration Tribunal with the authority to issue an award with respect to this matter. Each party applying for costs shall file its application on or before 20 November 2009; responses shall be filed on or before 21 December 2009; replies shall be filed on or before 15 January 2010; rejoinders shall be filed on or before 2 February 2010. The *Ad Hoc* Arbitration tribunal may issue its decision on costs as soon as possible. If the *Ad Hoc* Arbitration Tribunal hands down a decision only on the costs of the ICSID proceeding, such decision will not be enforceable before the rendering of the award on the merits by the same Tribunal.

X.  Jurisdictional Defenses

The parties agree that they will not challenge the competence of the *Ad Hoc* Arbitration Tribunal or make any jurisdictional challenges nor challenge the appointment of the arbitrators. The parties reserve the right to object to the *Ad Hoc* Arbitration Tribunal's subject matter jurisdiction exclusively with regard to any particular claim that does not arise from or relate to any agreements between them or the Agreement on encouragement and reciprocal protection of investments between the Kingdom of the Netherlands and the Republic of Bolivia. The assertion of any such jurisdictional or any other defenses or the above-mentioned applications for costs shall not alter the filing or hearings dates set forth in paragraphs VII or VIII above or otherwise delay the proceedings or the rendering of the award on the merits.

XI.  Entry into Force

This Supplement to *Ad Hoc* Arbitration Agreement shall enter into force concurrently with the simultaneous: (i) termination of ICSID Case No. ARB/07/28; (ii) acceptance of appointment as arbitrators by Judge Bruno Simma, and Professors Francisco Orrego Vicuña and Philippe Sands; and (iii) issuance of a procedural order including all the procedural terms agreed by the parties in the *Ad Hoc* Arbitration Agreement dated 16 October 2009, their counsel's joint letter of 16 October 2009, and herein.

FOR ETI:                                                                FOR BOLIVIA:

Ferdinando Emanuele                                        Dr. María Cecilia Rocabado Tubert

- 2 -

227