# EXHIBIT 3



### Evo Morales Ayma
PRESIDENTE CONSTITUCIONAL DEL ESTADO PLURINACIONAL DE BOLIVIA

He venido en conferir **PLENOS PODERES** en la más amplia forma que en derecho se requiere, en ejercicio de las atribuciones previstas en la atribución quinta del Artículo 172 de la Constitución Política del Estado, a la señora Ministra Da. María Cecilia Rocabado Tubert, Ministra de Defensa Legal del Estado, para que en nombre del Gobierno del Estado Plurinacional de Bolivia, asuma la Defensa Técnico-Legal del Estado Plurinacional en controversias internacionales en materia de inversiones, de acuerdo con las atribuciones establecidas en el Decreto Supremo N° 29894, de 7 de febrero de 2009, en el arbitraje internacional iniciado por la Empresa E.T.I. Euro Telecom International N.V., ante el Centro Internacional de Arreglo de Diferencias Relativas a Inversiones - CIADI, con sede en la ciudad de Washington D.C., Estados Unidos de América, registrado en fecha 31 de octubre de 2007, bajo la denominación *"E.T.I. Euro Telecom International N.V. contra el Estado Plurinacional de Bolivia (Caso CIADI No. ARB/07/28)"*.

En fe de lo cual expido los presentes **PLENOS PODERES**, impresos con el Gran Sello del Estado, refrendados por el señor Ministro de Relaciones Exteriores, D. David Choquehuanca Céspedes.

Es dado en el Palacio de Gobierno de la ciudad de La Paz, el día 2 de octubre del año dos mil nueve.

REFRENDADO POR:
Ministro de Relaciones Exteriores

UNOFFICIAL TRANSLATION

[Signature]

## Evo Morales Ayma
## CONSTITUTIONAL PRESIDENT OF THE PLURINATIONAL STATE OF BOLIVIA

I hereby grant *FULL POWERS* in the most extensive manner required by law, pursuant to the powers provided in Article 172, number 5, of the State's Political Constitution to Madam Minister María Cecilia Rocabado Tubert, Minister of Legal Defense of the State, in order to undertake, on behalf of the Government of the Plurinational State of Bolivia, the Technical and Legal Defense of the State in international disputes realting to investments, in accordance with the powers provided in the Presidential Decree No. 29894 of 7 February 2009, in the international arbitration initiated by the Company E.T.I. Euro Telecom International N.V. before the International Centre for Settlement of Investment Disputes – ICSID, with its seat in Washington D.C., United States of America, registered on 31 October 2007, under the caption *"E.T.I. Euro Telecom International N.V. versus the Plurinational State of Bolivia (ICSID Case No. ARB/07/28)."*

Accordingly, I grant the present *FULL POWERS*, printed with the High Seal of the State, countersigned by the Minister of Foreign Affairs, David Choquehuanca Céspedes.

Granted at the Government Palace in the city of La Paz, on 2 October two thousand and nine.

COUNTERSIGNED BY:
Minister of Foreign Affairs

[Signature]                                                                                   [Signature]