# EXHIBIT 4

Anexo 4

### Evo Morales Ayma
**PRESIDENTE CONSTITUCIONAL DE LA REPUBLICA DE BOLIVIA**

He venido en conferir *PLENOS PODERES* en la más amplia forma que en derecho se requiere, en ejercicio de las atribuciones previstas en el Artículo 96.2 de la Constitución Política del Estado, al señor Ministro Dn. Héctor Enrique Arce Zaconeta, Ministro Sin Cartera Responsable de la Defensa Legal de las Recuperaciones Estatales, para que en nombre del Gobierno de la República de Bolivia, asuma la Defensa Técnico-Legal del Estado en controversias internacionales en materia de inversiones, de acuerdo a las atribuciones establecidas en el Decreto Presidencial N° 29589, de 5 de junio de 2008, en el arbitraje internacional iniciado por la Empresa E.T.I. Euro Telecom Internacional N.V., ante el Centro Internacional de Arreglo de Diferencias Relativas a Inversiones - CIADI, con sede en la ciudad de Washington D.C., Estados Unidos de América, registrado en fecha 12 de octubre de 2007, bajo la denominación *"E.T.I. Euro Telecom Internacional N.V. contra República de Bolivia (Caso CIADI No. ARB/07/28)"*.

En fe de lo cual expido los presentes *PLENOS PODERES*, impresos con el Gran Sello del Estado, refrendados por el señor Ministro de Relaciones Exteriores y Cultos, D. David Choquehuanca Céspedes.

Es dado en el Palacio de Gobierno de la ciudad de La Paz, el día veinticinco del mes de agosto de dos mil ocho años.

**REFRENDADO POR:**

**Ministro de Relaciones Exteriores y Cultos**

**UNOFFICIAL TRANSLATION**

**Evo Morales Ayma**
**CONSTITUTIONAL PRESIDENT OF THE REPUBLIC OF BOLIVIA**

I hereby grant **FULL POWERS** in the most extensive manner required by law, pursuant to the powers provided in Article 96.2 of the State's Political Constitution to the Minister Hector Enrique Arce Zaconeta, Minister Without Portfolio in Charge of the Legal Defense of State Recoveries, in order to undertake, on behalf of the Government of the Republic of Bolivia, the Technical and Legal Defense of the State in international disputes relating to investments, in accordance with the powers provided in the Presidential Decree No. 29589 of 5 June 2008, in the international arbitration initiated by the Company E.T.I. Euro Telecom International N.V. before the International Centre for Settlement of Investment Disputes – ICSID, with its seat in Washington D.C., United States of America, registered on 31 October 2007, under the caption *"E.T.I. Euro Telecom International N.V. versus Republic of Bolivia (ICSID Case No. ARB/07/28)."*

Accordingly, I grant the present **FULL POWERS**, printed with the High Seal of the State, countersigned by the Minister of Foreign Affairs and Cult, David Choquehuanca Céspedes.

Granted at the Government Palace in the city of La Paz, on twenty five August two thousand and eight.

COUNTERSIGNED BY:
Minister of Foreign Affairs and Cult

[Signature]                                                [Signature]