# EXHIBIT 6

**CONSIDERANDO:**

Que el Dr. Walker San Miguel Rodriguez, Ministro de Defensa Nacional, debe ausentarse del país, en misión oficial, del 05 al 06 de junio de 2008, a la ciudad de Quito – República del Ecuador, a fin de sostener Reuniones sobre Asuntos Relacionados con la Seguridad y Defensa.

Que es necesario designar Ministro Interino para la continuidad administrativa del mencionado Despacho, de conformidad a lo dispuesto por el artículo 2, Párágrafo II de la Ley N° 3351 de 21 de febrero de 2006.

**D E C R E T A:**

**ARTÍCULO ÚNICO.-** Designese **MINISTRO INTERINO DE DEFENSA NACIONAL,** al ciudadano JUAN RAMÓN QUINTANA TABORGA, **Ministro de la Presidencia,** mientras dure la ausencia del titular.

Es dado en el Palacio de Gobierno de la ciudad de La Paz, a los cuatro días del mes de junio del año dos mil ocho.

**FDO. EVO MORALES AYMA,** Juan Ramón Quintana Taborga.

### DECRETO PRESIDENCIAL N° 29589
### EVO MORALES AYMA
### PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

**C O N S I D E R A N D O:**

Que el Artículo 85 de la Constitución Política del Estado, establece que el Poder Ejecutivo se ejerce por el Presidente de la República conjuntamente con los Ministros de Estado.

Que la Ley N° 3351 de 21 de febrero de 2006, de Organización del Poder Ejecutivo, establece las normas que rigen la organización y funcionamiento del Poder Ejecutivo, determinando el número y atribuciones de los Ministros de Estado y otras normas relacionadas con la organización del Poder Ejecutivo.

Que de conformidad con lo previsto en el Parágrafo IV del Artículo 2 de la Ley N° 3351, es facultad del Presidente de la República designar hasta dos (2) Ministros Sin Cartera para formular y ejecutar políticas específicas, mediante decreto presidencial asignando el ámbito y las atribuciones ministeriales de su competencia.

Que el proceso de la revolución democrática y cultural que lleva adelante el Gobierno Nacional, propende al fortalecimiento económico del Estado, para lograr una mejor distribución de la riqueza y en ese sentido se han desarrollado en el país procesos de nacionalización y recuperación de los recursos naturales y de empresas estratégicas.

Que es necesario dotar al Gobierno Nacional de una entidad específica y especializada que se ocupe de la defensa legal del Estado Boliviano en controversias surgidas de inversiones, en el ámbito nacional e internacional, a fin de atender en forma oportuna y eficiente las diferentes causas donde el Estado tenga participación, estableciendo el ámbito y las atribuciones ministeriales del Ministro Sin Cartera Encargado de la Defensa Legal de las Recuperaciones Estatales.

## DECRETA:

**ARTÍCULO 1.- (OBJETO).** El objeto del Presente Decreto Presidencial es crear el Ministerio Sin Cartera Responsable de la Defensa Legal de las Recuperaciones Estatales, de conformidad a lo establecido en el Parágrafo IV del Artículo 2 de la Ley N° 3351 de 21 de febrero de 2006, de Organización del Poder Ejecutivo.

**ARTÍCULO 2.- (ATRIBUCIONES).** El Ministro Sin Cartera encargado de la defensa de las recuperaciones estatales tendrá las siguientes atribuciones:

a) Formular, coordinar y ejecutar la política de defensa legal del Estado boliviano en instancias nacionales e internacionales, dentro de procesos jurisdiccionales y arbitrales que se presenten o se encuentren en trámite en contra de Bolivia en materia de inversiones.

b) Asumir la defensa técnico-legal del Estado en litigios nacionales e internacionales en materia de inversiones.

c) Estudiar, planificar, centralizar, desarrollar y evaluar la implementación de las políticas de Defensa Técnico-Legal del Estado boliviano, en materia de inversiones.

d) Asumir y coordinar la defensa legal del Estado boliviano en tribunales ordinarios, tribunales de arbitraje y conciliación, tribunales ad hoc, nacionales o extranjeros, y ámbitos jurisdiccionales de otros Estados en los que el Estado Boliviano sea demandado en materia de inversiones.

e) Asesorar al Presidente de la República en materia de defensa legal del Estado en materia de inversiones.

f) Coordinar con el Ministerio de Relaciones Exteriores y Cultos las accio-

nes y procedimientos, en el marco de la normativa vigente, referidos a la defensa legal del Estado en materia de inversiones.

g)  Coordinar con las diferentes instancias gubernamentales competentes, el cumplimiento y ejecución de las decisiones asumidas en materia internacional de defensa del Estado relativas a inversiones.

h)  Coordinar con las distintas instancias del Poder Ejecutivo, Poder Judicial, Poder Legislativo, Fiscalía General de la República las acciones que sean necesarias para la defensa legal del Estado boliviano en materia de inversiones.

i)  Participar del Consejo Nacional de Defensa Legal del Estado, en materia de inversiones.

j)  Promover, negociar y suscribir acuerdos y convenios de solución de conflictos legales relativos a inversiones, en procura del interés nacional autorizado mediante Decreto Supremo previo dictamen afirmativo del Consejo Nacional de Defensa Legal del Estado.

k)  Coordinar la ejecución y cumplimiento de los acuerdos y convenios de solución de controversias relativos a inversiones, salvaguardando los derechos e intereses del Estado boliviano.

l)  Coordinar con el Ministerio de Relaciones Exteriores y Cultos la participación boliviana en foros políticos y sociales internacionales de defensa de los Estados en materia de inversiones, dentro de la política trazada por el Gobierno Nacional de defensa conjunta de los derechos de los países y pueblos en busca de su liberación económica.

m)  Proponer y presentar modificaciones a las políticas estatales en materia de inversiones, dentro de la línea del Gobierno Nacional de recuperación, fortalecimiento y conservación del patrimonio nacional, así como su aprovechamiento en beneficio del pueblo boliviano.

n)  En coordinación con el Ministerio de Relaciones Exteriores y Cultos, presentar proyectos de modificación de los tratados bilaterales de promoción y protección recíproca de inversiones, de acuerdo a la política del gobierno nacional.

o)  Coordinar con el Ministerio de Relaciones Exteriores y Cultos, la renegociación de los tratados bilaterales de promoción y protección recíproca de inversiones en defensa del interés nacional.

p) Demás atribuciones que posibiliten su adecuado funcionamiento y el cumplimiento de la función institucional que le sea encomendada por el Presidente de la República.

## DISPOSICIONES ABROGATORIAS Y DEROGATORIAS

Se abrogan y derogan todas las disposiciones contrarias al presente Decreto Presidencial.

Es dado en Palacio de Gobierno de la ciudad de La Paz, a los cinco días del mes de junio del año dos mil ocho.

**FDO. EVO MORALES AYMA,** Juan Ramón Quintana Taborga.

## DECRETO PRESIDENCIAL N°29590
## EVO MORALES AYMA
## PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

**CONSIDERANDO:**

Que de conformidad a lo establecido por el Artículo 99 de la Constitución Política del Estado, es atribución privativa del Presidente de la República designar Ministros de Estado mediante Decreto Presidencial.

Que la Ley N° 3351 de 21 de febrero de 2006, de Organización del Poder Ejecutivo y el Decreto Supremo N° 28631 de 8 de marzo de 2006, Reglamento a la Ley de Organización del Poder Ejecutivo, establecen el número y atribuciones de los Ministros de Estado, así como la estructura orgánica y funcional del Poder Ejecutivo.

Que mediante Decreto Presidencial N° 29589 de 5 de junio de 2008, se creo el Ministerio Sin Cartera Responsable de la Defensa Legal de las Recuperaciones Estatales, con la finalidad de contar con una estructura de rango ministerial que se ocupe principalmente de la defensa legal de las recuperaciones estatales.

Que la organización del Poder Ejecutivo constituye un proceso dinámico, de ajustes y adecuaciones que se generan a partir de las políticas a implementarse por parte del Gobierno Nacional; motivo por el cual, se hace necesario dictar el presente Decreto Presidencial.

**DECRETA:**

UNOFFICIAL TRANSLATION

[…]

### PRESIDENTIAL DECREE No. 29589
### EVO MORALES AYMA
### CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

**W H E R E A S :**

Article 85 of the State's Political Constitution provides that the Executive Power will be jointly exercised by the President of the Republic and the State Ministers.

Law No. 3351 of 21 February 2006 that Organizes the Executive Power provides the rules that govern the organization and operation of the Executive Power, determining the number of Ministers of State and their powers, as well as other rules related to the organization of the Executive Power.

According to what the provisions of Paragraph IV of Article 2 of Law No. 3351, the President of the Republic is empowered to designate up to two (2) Ministers Without Portfolio in order to formulate and perform specific policies, by means of a presidential decree establishing their scope and ministerial powers within their jurisdiction.

[…]

It is necessary to give the National Government a specific and specialized entity in charge of the legal defense of the Bolivian State in disputes arising out of investments, at both the national and international level, in order to promptly and efficiently attend to the various proceedings where the State is involved, establishing the ministerial scope and powers of the Minister Without Portfolio in Charge of the Legal Defense of State Recoveries.

**D E C R E E S :**

**UNOFFICIAL TRANSLATION**

Article 1. – (PURPOSE).  The purpose of this Presidential Decree is to create the Ministry Without Portfolio in Charge of the Legal Defense of State Recoveries, pursuant to Paragraph IV of Article 2 of Law No. 3351 of 21 February 2006 Organizing the Executive Power.

Article 2. – (POWERS).  The Minister Without Portfolio in charge of the defense of State recoveries shall have the following powers:

a) To define, coordinate and execute the Bolivian State's policies of legal defense before national and international instances in jurisdictional and arbitral proceedings in the future or currently pending against Bolivia in matters related to investments.

b) To undertake the technical and legal defense of the State interests in national and international disputes in matters related to investments.

c) To study, plan, centralize, develop and evaluate the implementation of Technical and Legal Defense policies of the Bolivian State regarding investments.

d) To undertake and coordinate the legal defense of the Bolivian State in common tribunals, arbitration and conciliation tribunals, ad hoc tribunals, both national and foreign, and before other states' courts in which the Bolivian State is named defendant in matters related to investments.

e) To advise the President of the Republic in matters related to the legal defense of the State in matters related to investments.

f) To coordinate with the Ministry of Foreign Affairs and Cult the actions and proceedings, according to the legal rules in force, related to the legal defense of the State in matters related to investments.

g) To coordinate with the different governmental instances having jurisdiction the compliance with and enforcement of decisions adopted in issues related to the international defense of the State in matters related to investments.

h) To coordinate with the different agencies of the Executive, Judicial and Legislative Branches, as well as the Republic Attorney General, the required actions for the legal defense of the Bolivian State in matters related to investments.

i) To be part of the National Council for the Legal Defense of the State in matters related to investments.

j) To promote, negotiate and enter into agreements and contracts for the resolution of legal disputes relating to investments in order to foster the national interest, authorized by means of a Presidential Decree, subject to the prior positive opinion from the National Council for the Legal Defense of the State.

k) To coordinate the enforcement and performance of agreements and contracts for the resolution of disputes relating to investments fostering the Bolivian State's rights and interests.

l) To coordinate with the Ministry of Foreign Affairs and Cult Bolivia's participation in international political and social fora for the defense of States in matters related to investments, within the policies established by the Government for the joint defense of the States' and peoples' rights in furtherance of their economic freedom.

m) To suggest and submit amendments to the State's policies in matters related to investments, within the National Government policies for the recovering, strengthening and preserving of the national patrimony, as well as its use for the benefit of the Bolivian people.

n) To submit, in coordination with the Ministry of Foreign Affairs and Cult, draft amendments to bilateral investment promotion and protection treaties, in accordance with the national government policies.

o) To coordinate with the Ministry of Foreign Affairs and Cult the renegotiation of bilateral investment promotion and protection treaties, in defense of the national interest.

**UNOFFICIAL TRANSLATION**

p) Other powers that would allow [the Ministry's] adequate operation and compliance with the institutional role that may be entrusted to it by the President of the Republic.

[…]

Rendered at the Government Palace in the city of La Paz, on five June two thousand and eight.

Signed. EVO MORALES AYMA, Juan Ramón Quintana Taborga.