# EXHIBIT 7



ESTADO PLURINACIONAL DE BOLIVIA
CONSEJO NACIONAL DE DEFENSA LEGAL DEL ESTADO

Decisión del Consejo Nacional de Defensa Legal del Estado, reunido en la ciudad de La Paz en fecha 10 de noviembre de 2009:

El Consejo Nacional de Defensa Legal del Estado al no haber considerado los Acuerdos de fechas 16 y 20 de octubre de 2009, respectivamente, en el caso "ETI Euro Telecom International N.V. contra Estado Plurinacional de Bolivia (Caso CIADI N° ARB/07/28), en virtud a sus atribuciones contenidas en el Decreto Supremo N° 29196, de 18 de julio de 2007, modificado por los Decretos Supremos N° 29589 y 29591, ambos de 5 de junio de 2008, decide:

1. La no aprobación de los acuerdos de fechas 16 y 20 de octubre de 2009, suscritos por la Ministra de Defensa Legal del Estado.

2. Instruye a la Ministra de Defensa Legal del Estado hacer conocer esta decisión al Tribunal Arbitral.

David Choquehuanca Céspedes
MINISTRO DE RELACIONES
EXTERIORES

Cecilia Técnica Rojas
MINISTRA DE JUSTICIA

Maria Cecilia Recabado Tubert
MINISTRA DE DEFENSA
LEGAL DEL ESTADO

Juan Ramon Quintana Taborga
MINISTRO DE LA PRESIDENCIA

Maria Inés Vera de Avoroa
Directora General de Asuntos Juridicos
Ministerio de Economía y Finanzas Públicas

**UNOFFICIAL TRANSLATION**

[SEAL OF THE NATIONAL COUNCIL
FOR THE LEGAL DEFENSE OF THE STATE]

Decision of the National Council for Legal Defense of the State at its meeting in La Paz on 10 November 2009:

The National Council for Legal Defense of the State, having not considered the Agreements dated 16 and 20 October 2009, respectively, in the case "ETI Euro Telecom International N.V. against the Plurinational State of Bolivia (ICSID Case No. ARB/07/28), pursuant to its powers granted by Supreme Decree No. 29196 of 18 July 2007, modified by Supreme Decrees No. 29589 and 29591, both of 5 June 2008, decides:

1.  Not to approve the agreements dated 16 and 20 October 2009, executed by the Minister of Legal Defense of the State.

2.  Instruct the Minister of Legal Defense of the State to report this decision to the Arbitral Tribunal.


[Signature
Minister of Foreign Relations]                    [Signature
                                                  Minister of Justice]


[Signature
Minister of Legal Defense of the State]                    [Signature
                                                           Minister of the
                                                           Presidency]


[Signature
General Director of Legal Affairs
Ministry of Economy and Public Finances]